



# MEMORANDUM OPINION

No. 04-10-00081-CR

Michael **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 288712
Honorable Monica E. Guerrero, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed: March 3, 2010

DISMISSED

      Michael Jimenez filed a notice of appeal seeking to appeal from a sentence imposed on August 5, 2009. The judgment was in accordance with Jimenez's plea bargain agreement, and the record does not contain a trial court's certification showing Jimenez has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH